THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FUQUAN FIELDS, Appellant. (Appeal No. 2.) [879 NYS2d 793]—Appeal from a judgment of the Supreme Court, Erie County (Amy J. Fricano, J.), rendered March 8, 2007. The judgment convicted defendant, upon a jury verdict, of criminal possession of a forged instrument in the second degree (seven counts) and tampering with a witness in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Fields* (63 AD3d 1626 [2009]). Present—Hurlbutt, J.P., Smith, Centra, Pine and Gorski, JJ.

In the Matter of BRENDA R., Respondent, v RONALD D., Appellant. [879 NYS2d 793]—Appeal from an order of the Family Court, Monroe County (Patricia E. Gallaher, J.), entered March 25, 2008 in a proceeding pursuant to Family Court Act article 5. The order denied the motion of respondent to vacate an order dated September 24, 2001.

It is hereby ordered that the order so appealed from is unanimously affirmed with costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]; *see generally City of Albany Indus. Dev. Agency v Garg*, 250 AD2d 991, 993 [1998]). Present—Hurlbutt, J.P., Smith, Centra, Pine and Gorski, JJ.